Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 20-31020-dwh12 |
| Mark F. Haueter and Cori L. Haueter, | ) ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGEABILITY |
| Debtors. | ) |

Upon consideration of the Stipulation to Extend Deadline to Object to Dischargeability entered into between Mark F. Haueter and Cori L. Haueter ("Debtors") and Zion Bancorporation, N.A. ("Zions") in this matter on May 12, 2020 ("Stipulation"), and after considering the record herein, this Court finds good cause that the Stipulation should be approved. It is hereby

//
//
//
//
//
//

PAGE 1 OF 2 - ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGEABILITY

ORDERED:

The Court approves the Stipulation and grants an extension to Zions to file an objection to the dischargeability of the Debtors' debts claimed by Zions pursuant to 11 U.S.C. § 523, for a period of 90 days from the original date of discharge of June 12, 2020, up to and including September 11, 2020.

###

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

SUSSMAN SHANK LLP

By /s/ Thomas W. Stilley
  Thomas W. Stilley OSB No. 883167
  Jesse C. Stewart, OSB No. 200478

  - and -

Robert A. Faucher (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP

Attorneys for Zion Bancorporation, N.A.

*25734-001\ORDER ON STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGEABILITY (03456094);1

PAGE 2 OF 2 - ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGEABILITY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 20-31020-dwh7    Doc 48    Filed 05/13/20