Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: <br><br> MARK F. HAUETER and <br> CORI L. HAUETER, <br><br> Debtors. | Case No. 20-31020-dwh12 <br><br> ORDER APPROVING MOTION TO SHORTEN TIME REGARDING DEBTORS' JOINT MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, AND PROVIDING OTHER RELATED RELIEF |

This matter came before the Court on the Motion to Shorten Time Regarding Debtors' Joint Motion for Order Approving Sale of Assets Free and Clear of Liens, Claim, and Encumbrances, and Providing Other Related Relief [ECF No. 50] (the "*Motion*") filed by Debtors Mark F. Haueter and Cori L. Haueter (the "*Debtors*"). The Court, having reviewed the Motion and and being otherwise informed, hereby ORDERS as follows:

1. Debtor's MOTION is GRANTED;

/ / /

/ / /

Page 1 of 2    ORDER GRANTING MOTION TO SHORTEN TIME REGARDING DEBTORS' JOINT MOTION FOR ORDER APPROVING SALE

{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-31020-dwh12    Doc 52    Filed 05/15/20

2. Good cause exists to shorten the notice period set forth in Fed. R. Bankr. P. 2002(a), regarding Debtors' Joint Motion for Order Approving Sale of Assets Free and Clear of Liens, Claims, and Encumbrances, and Providing Other Related Relief (the "*Sale Motion*").

3. The Court shall set a hearing on the Sale Motion for May 29, 2020. Counsel for Debtors shall send notice of the hearing to all parties in interest in accordance with applicable Local Bankruptcy Rules.

###

Order Presented By:

Motschenbacher & Blattner LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
nhenderson@portlaw.com
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
  *Of Attorneys for Debtors*

Page 2 of 2    ORDER GRANTING MOTION TO SHORTEN TIME REGARDING DEBTORS' JOINT MOTION FOR ORDER APPROVING SALE

{00226460:5}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 20-31020-dwh12    Doc 52    Filed 05/15/20