Thomas W. Stilley, OSB No. 883167
Jesse C. Stewart, OSB No. 200478
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Email: tstilley@sussmanshank.com
jstewart@sussmanbank.com

Robert A. Faucher (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main St., Suite 1750
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
E-mail: rfaucher@hollandhart.com

Attorneys for Zions Bancorporation, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Mark F. Haueter and Cori L. Haueter,<br><br>Debtors. | Case No. 20-31020-dwh12<br><br>ZIONS BANCORPORATION'S STATUS REPORT REGARDING JULY 14, 2020 HEARING |

COMES NOW Zions Bancorporation, N.A. ("Zions"), by and through its attorneys of record, and represents as follows:

**<u>Introduction</u>**

1. Debtors Mark F. Haueter and Cori L. Haueter (collectively, "Debtors") filed a voluntary petition for relief under Chapter 12 on March 17, 2020 (Dkt. 1).

2. Zions, Debtors' principal secured creditor, moved to dismiss Debtors' Chapter 12 case on June 23, 2020 (Dkt. 71). The Court held a preliminary telephonic hearing on Zions' motion to dismiss on July 9, 2020.

PAGE 1 OF 4 - ZIONS BANCORPORATION'S STATUS REPORT REGARDING JULY 14, 2020 HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 20-31020-dwh7    Doc 82    Filed 07/13/20

1        3.      On July 10, 2020, Debtors moved to convert their Chapter 12 case to a Chapter 7 case (Dkt. 77).

4. On July 13, 2020 (today), Debtors moved to partially withdraw their motion to convert to Chapter 7 as to Mrs. Haueter (Dkt. 79). Debtors stated that Mrs. Haueter "may elect to allow her case be dismissed, she may decide to convert to Chapter 7, or she may elect to move to convert her case to a different chapter of the Bankruptcy Code."

5. Debtors also moved to bifurcate this bankruptcy case to enable the two Debtors to proceed in distinct cases (Dkt. 80).

6. A telephonic evidentiary hearing on Zions' motion to dismiss and Debtors' motion to extend time to file a Chapter 12 plan (Dkt. 70) is currently scheduled for July 14, 2020 at 2:00 p.m.

7. Zions submits the following status report in light of Debtors' recent filings and tomorrow's scheduled hearing.

## Status Report

8. Since Mr. Haueter moved to convert this Chapter 12 case to a Chapter 7 case, it is no longer necessary for Zions to prosecute its motion to dismiss. Zions is satisfied with Mr. Haueter's case being converted.

9. Presently, Zions has no interest in seeing Mrs. Haueter's case dismissed or converted.

10. Therefore, Zions is not planning to present witnesses or evidence at tomorrow's hearing and is not planning to file a witness list or exhibit list today.

11. Zions respectfully submits that tomorrow's hearing should be treated as a status conference rather than an evidentiary hearing.

//

//

//

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 20-31020-dwh7    Doc 82    Filed 07/13/20

1       12.    Zions believes that Mr. Haueter has the statutory right to convert his Chapter 12 case to a Chapter 7 case. Accordingly, Zions believes that this Court is free to enter an order converting Mr. Haueter's bankruptcy case without further notice or hearing.

DATED: July 13, 2020.

                 SUSSMAN SHANK LLP

                 */s/ Thomas W. Stilley*
By:_____
   Thomas W. Stilley OSB No. 883167
   Jesse C. Stewart, OSB No. 200478

                  *- and -*

   Robert A. Faucher (Admitted *Pro Hac Vice*)
   HOLLAND & HART LLP

             Attorneys for Zions Bancorporation, N.A.

PAGE 3 OF 4 **-** ZIONS BANCORPORATION'S STATUS REPORT REGARDING JULY 14, 2020 HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 20-31020-dwh7    Doc 82    Filed 07/13/20

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I, Janine E. Hume declare as follows: |
| 3 | I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen |
| 4 | years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, |
| 5 | Portland, Oregon 97205-3089, in said county and state. |
| 6 | I certify that on July 13, 2020, I served, **via first class mail**, a full and correct copy of |
| 7 | **ZIONS BANCORPORATION'S STATUS REPORT REGARDING JULY 14, 2020** |
| 8 | **HEARING**, on the parties of record, addressed as follows: |

<pre>
                Virginia Burdette, Chapter 12 Trustee
                5506 Sixth Ave. S., #207
                Seattle, WA 98108

                AB Livestock, LLC
                P.O. Box 6640
                Boise, ID  83707

                Agri Beef Co.
                P.O. Box 6640
                Boise, ID  83707

                Diversified Financial Services, LLC
                14010 FNB Parkway, Suite 400
                Omaha, NE  68154

                Kubota Credit Corporation, U.S.A.
                1025 North Brook Pkwy
                Suwanee, GA  30024

                Producers Livestock Marketing Assoc.
                230 W. Center Street
                P.O. Box 540477
                North Salt Lake, UT  84054-0477

                Motschenbacher & Blattner, LLP
                117 SW Taylor Street, Suite 300
                Portland, OR 97204

                Silvercreek Realty Group
                1099 S Wells St
                Meridian, ID 83642
</pre>

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 20-31020-dwh7    Doc 82    Filed 07/13/20

1   I also certify that on July 13, 2020, I served the above-referenced document(s) on all ECF
2   participants as indicated on the Court's Cm/ECF system.
3   I swear under penalty of perjury that the foregoing is true and correct to the best of my
4   knowledge, information, and belief.
5   Dated: July 13, 2020.

7   */s/ Janine E. Hume*
   _____
8   Janine E. Hume, Legal Assistant

*25734-001\CERTMASTER (JANINE) (03424091);1*

CERTIFICATE OF SERVICE - Page 2