Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In Re: | Case No. 20-31020-dwh7 |
| MARK F. HAUETER | Chapter 7 |
| Debtor. | ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGEABILITY |

**ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGEABILITY**

Upon consideration of the record before the Court and the Second Stipulation to Extend Deadline to Object to Dischargeability filed by Producers Livestock Marketing Association and Mark F. Haueter, the Debtor herein, wherein the parties stipulated and agreed to extend the deadline for filing a complaint under 11 U.S.C. § 523 as it relates to Producers Livestock

ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGEABILITY -1

49310.0005.13139181.1

Marketing Association ("**Stipulation**"), the Court finds good cause that the Stipulation should be approved.

IT IS HEREBY ORDERED:

The Court approves the Stipulation and the date for objecting to dischargeability of debt pursuant to 11 U.S.C. § 523, as it relates to Producers Livestock Marketing Association, is extended up to and including October 7, 2020.

###

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(A)(2)(A)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

SUBMITTED BY:
Sheila R. Schwager, OSB No. 176114
HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5260
Email: sschwager@hawleytroxell.com

Attorneys for Plaintiff Producers Livestock Marketing Association

ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGEABILITY -2

49310.0005.13139181.1